IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUZ GONZÁLEZ BERMÚDEZ<br><br>*Plaintiff*<br><br>v.<br><br>ABBOTT LABORATORIES PR INC., ET AL.,<br><br>*Defendants* | CIVIL NO. 14-1620(PG)<br><br>RECEIVED & FILED<br>CLERK'S OFFICE<br>OCT 25, 2016<br>US DISTRICT COURT<br>SAN JUAN, PR |

### VERDICT FORM

**I. Abbott Laboratories PR Inc. ("Abbott")**

1. Did plaintiff Luz González Bermúdez prove by a preponderance of the evidence that co-defendant Abbott discriminated against her because of her age?

    Yes __X__     No_____

2. Did plaintiff Luz González Bermúdez prove by a preponderance of the evidence that co-defendant Abbott retaliated against her because she complained or filed charges of discrimination?

    Yes __X__     No_____

3. Did plaintiff Luz González Bermúdez prove by a preponderance of the evidence that co-defendant Abbott retaliated against her for reporting to the State Insurance Fund?

    Yes __X__     No_____

If your answer to questions 1 <u>and/or</u> 2 was **YES**, please continue to question 4. If you <u>only</u> answered **YES** to question 3, please continue to question 7. If your answer to <u>all</u> questions 1, 2 <u>and</u> 3 is **NO**, go to Section II and do not answer any other question of Section I.

4. Did plaintiff prove by a preponderance of the evidence that she is entitled to back pay as a result of Abbott's age discrimination and/or retaliation for complaining of or filing charges of discrimination?

Yes __X__     No_____

5. If your answer to question 4 is **YES**, state the amount of back pay that Luz González Bermúdez is entitled to as a result of Abbott's age discrimination and/or retaliation:

$ __250,000__

6. If your answer to question(s) 1 and/or 2 was **YES**, do you unanimously find by a preponderance of the evidence that Abbott's conduct was willful?

Yes __X__     No_____

7. Did plaintiff Luz González Bermúdez prove by a preponderance of the evidence that she suffered emotional damages as a result of Abbott's age discrimination and/or retaliation?

Yes __X__     No_____

8. If your answer to question 7 is **YES**, state the amount of compensatory damages that Luz González Bermúdez is entitled to as a result of Abbott's age discrimination and/or retaliation:

$ __3,000,000__.

## II. Kim Pérez

9. Did plaintiff Luz González Bermúdez prove by a preponderance of the evidence that co-defendant Kim Pérez discriminated against her because of plaintiff's age?

Yes __X__     No_____

If your answer to this question is **YES**, please continue to question number 10. If your answer is **NO**, do not answer any other question of Section II.

10. Did plaintiff Luz González Bermúdez prove by a preponderance of the evidence that she suffered emotional damages as a result of Kim Pérez's age discrimination?

Yes __X__     No_____

2

11. If your answer to question 10 is **YES**, state the amount of compensatory damages that Luz González Bermúdez is entitled to as a result of Kim Pérez's age discrimination:

$ 1,000,000

This is a UNANIMOUS verdict of the jury. This verdict is the product exclusively of the evidence presented at trial and admitted by the Court and the application of the law as set forth in the jury charge.

PLEASE RETURN THE VERDICT FORM

SIGNED: _____
/ FOREPERSON

DATE: October 25, 2016