**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| LUZ GONZALEZ-BERMUDEZ,<br><br>     Plaintiff,<br><br>     v.<br><br>ABBOTT LABORATORIES PR INC., ET. AL.,<br><br>     Defendants. | CIV. NO. 14-1620(PG) |

**FINAL JUDGMENT**

This action came before the Court for a trial by jury. As per the Jury Verdict rendered on October 25th, 2016 in favor of plaintiff and against defendants, plaintiff was awarded: $250,000 in back pay against co-defendant Abbott Laboratories PR Inc. ("Abbott"), $250,000 in liquidated damages against Abbott, $3,000,000 in compensatory damages against Abbott, $1,000,000 in compensatory damages against co-defendant Kim Perez.

Pursuant to P.R. Law No. 100, P.R. LAWS ANN. tit. 29, § 146, et seq., and P.R. Law No. 115, P.R. LAWS ANN. tit. 29, § 194a, the backpay and compensatory damages are doubled. As a result, it is hereby **ORDERED AND ADJUDGED** that plaintiff recover $6,500,000 in backpay and compensatory damages and $250,000 in liquidated damages from co-defendant Abbott; and, $2,000,000 in compensatory damages from co-defendant Kim Perez. This judgment is exclusive of costs, interests and attorney fees.

This case is now **CLOSED** for all statistical purposes.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, November 1, 2016.

                                                S/ JUAN M. PEREZ-GIMENEZ  
                                                JUAN M. PEREZ-GIMENEZ  
                                                SENIOR U.S. DISTRICT JUDGE