# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LUZ GONZALEZ BERMUDEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**ABBOTT LABORATORIES PR INC., ET. AL.,**<br><br>Defendants. | CIVIL NO. 14-1620 (PG) |

## AMENDED JUDGMENT

Pursuant to the Orders at Dockets No. 194 & 201, amended judgment is entered in favor of plaintiff Luz Gonzalez Bermudez, and defendants are ordered to pay as follows: $95,620.83 in back pay against co-defendant Abbott Laboratories PR Inc. ("Abbott"), $95,620.83 in liquidated damages against Abbott, $800,000.00 in compensatory damages[1] against Abbott, $100,000 in compensatory damages[2] against co-defendant Kim Perez. This judgment is exclusive of costs, interests and attorney fees.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, October 23, 2019.

S/ JUAN M. PÉREZ-GIMÉNEZ
**JUAN M. PEREZ-GIMENEZ
SENIOR U.S. DISTRICT JUDGE**

---

[1] After doubling pursuant to P.R. Law No. 100, P.R. LAWS ANN. tit. 29, § 146, et seq., and P.R. Law No. 115, P.R. LAWS ANN. tit. 29, § 194a.

[2] After doubling pursuant to P.R. Law No. 100, P.R. LAWS ANN. tit. 29, § 146, et seq., and P.R. Law No. 115, P.R. LAWS ANN. tit. 29, § 194a.