# United States Court of Appeals
## For the First Circuit

No. 19-2249

LUZ GONZÁLEZ-BERMÚDEZ,

Plaintiff, Appellee,

v.

ABBOTT LABORATORIES P.R. INC.; KIM PÉREZ,

Defendants, Appellants.

**JUDGMENT**

Entered: March 3, 2021

    This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed in part and reversed in part, and the matter is remanded for a new trial consistent with the opinion issued this day. No costs are awarded.

By the Court:

Maria R. Hamilton, Clerk

cc:  Hon. Juan M. Perez-Gimenez, Maria Antongiorgi Jordan, Clerk, United States District Court for the District of Puerto Rico, Jose Francisco Benitez-Mier, Virginia A. Seitz, Ricardo F. Casellas-Sanchez, Carla S. Loubriel, Alberto J. Bayouth-Montes, Carlos M. Vergne Vargas, Juan Rafael Gonzalez-Munoz, Juan Carlos Nieves-Gonzalez