# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUZ GONZÁLEZ BERMÚDEZ<br><br>Plaintiff<br><br>v.<br><br>ABBOTT LABORATORIES P.R. INC.<br><br>Defendant | Civil No. 14-1620 (RAM) |

## JOINT STIPULATION OF DISMISSAL
## AND TO SET ASIDE PRETRIAL CONFERENCE

TO THE HONORABLE COURT:

COME NOW the parties, through their respective undersigned attorneys, and very respectfully state and pray:

1. The parties hereby inform the Court they have reached a settlement agreement regarding the remaining claims, the terms of which shall remain confidential.

2. In light of the above, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly request the dismissal, with prejudice, of the present lawsuit and that the Pretrial Conference scheduled for January 11, 2022, be set aside.

3. The parties further request that the Judgment entered be final and un-appealable and that, in event it becomes necessary, this Court retain jurisdiction to enforce the terms and conditions of settlement.

**WHEREFORE**, the parties respectfully request that the Court take notice of the above, that it set aside the Pretrial Conference scheduled for January 11, 2022, dismiss the present case with prejudice and that the judgment entered by final and un-appealable and that, in the event it

becomes necessary, this Court retain jurisdiction to enforce the terms and conditions of settlement.

      **RESPECTFULLY SUBMITTED.**

      In San Juan, Puerto Rico, this 7th day of January 2022.

| | |
|---|---|
| **GONZÁLEZ MUÑOZ LAW OFFICES**<br>P.O. Box 9024055<br>San Juan, Puerto Rico 00902-4055<br>Telephone: (787) 766-5052<br><br>*s/ Juan Rafael González Muñoz*<br>Juan Rafael González Muñoz<br>USDC-PR No. 202312<br>info@gonzalezmunozlaw.com<br><br>*s/ Carlos M. Vergne Vargas*<br>Carlos M. Vergne<br>USDC-PR No. 209611<br>carlosvergne@aol.com<br><br>*s/ Juan C. Nieves González*<br>USDC-PR No. 231707<br>jnieveslaw@gmail.com | **SCHUSTER AGUILÓ LLC**<br>Attorneys for Defendant<br>PO Box 363128<br>San Juan, Puerto Rico 00936-3128<br>Telephone: (787) 765-4646<br>Telefax: (787) 765-4611<br><br>s/*Mariela Rexach-Rexach*<br>**Mariela Rexach-Rexach**<br>USDC PR No. 214110<br>mrexach@salawpr.com<br><br>s/*Daniel Limés-Rodriguez*<br>**Daniel Limés-Rodríguez**<br>USDC PR No. 307505<br>dlimes@salawpr.com<br><br>-and-<br><br>**CASELLAS ALCOVER & BURGOS PSC**<br>Attorneys for Defendant<br>PO Box 364924<br>San Juan, PR 00936-4924<br>Telephone: 787-756-1400 x224<br>Telefax: 787-756-1401<br><br>s/*Ricardo F. Casellas*<br>**Ricardo F. Casellas**<br>USDC PR No. 203114<br>rcasellas@cabprlaw.com<br><br>s/*Carla S. Loubriel Carrión*<br>**Carla S. Loubriel Carrión**<br>USDC PR No. 227509<br>cloubriel@cabprlaw.com |