IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Luz González-Bermúdez<br><br>Plaintiff<br><br>v.<br><br>Abbot Laboratories P.R. Inc.<br><br>Defendant | Civil No. 14-1620(RAM) |

**JUDGMENT**

On January 7, 2022, the parties filed a Joint Stipulation of Dismissal and to Set Aside Pretrial Conference (Docket No. 237). In accordance with the Order entered on January 10, 2022 (Docket No. 238), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 31th day of January 2021

                                          s/Raúl M. Arias-Marxuach
                                          UNITED STATES DISTRICT JUDGE